## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN
_____

| | |
|---|---|
| DAVID KATERBERG, | Hon. Marianne O. Battani |
| Plaintiff, | Case No. 1:03-cv-0837 |
| v | |
| CSX TRANSPORTATION, INC., a corporation, | |
| Defendant. | |
_____/

## **ORDER**

The Court having reviewed Defendant's Motion for Summary Judgment as to Count II of Plaintiff's Complaint and accepted the concurrence of Plaintiff's counsel in the relief sought;

IT IS HEREBY ORDERED AND ADJUDGED that Count II of Plaintiff's Complaint is dismissed with prejudice.

                                                   s/Marianne O. Battani
                                                   Hon. Marianne O. Battani

CERTIFICATE OF SERVICE

    Copies of this Order were mailed and/or electronically filed to James Wernstrom and Robert B. Thompson on this date.

                                                    s/Colette Motowski
                                                    Deputy Clerk

April 11, 2006